# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE ELIZABETH MASTERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. 3:16-cv-01300-GPC-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF No. 3] |

On May 31, 2016, Plaintiff Arlene Elizabeth Masterson ("Plaintiff") filed a motion to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (ECF No. 3.) All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

Here, Plaintiff submitted a declaration reporting that she is not presently employed and has not worked since 2013. She states that she receives $333.00 "General Relief" per month and $194.00 per month in Food Stamps. Plaintiff reports having $0.00 in a checking account. She owns a 1997 Ford Contour. She does not own any real estate, stocks, bonds, securities or other valuable property. She does not support any dependents. Her current monthly obligations include $44.00 for rent,

1  $168.00 for storage, $25.00 for a phone and $47.00 for car insurance.  She does not
2  have any other debts or any other assets.
3      In consideration of Plaintiff's application, she has sufficiently demonstrated that
4  she is unable to pay the required filing fee and meets the requirements to proceed IFP.
5  Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.
6      **IT IS SO ORDERED.**

8  DATED:  June 1, 2016

                                            HON. GONZALO P. CURIEL
                                            United States District Judge